UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLI SAMASSA, | )<br>) |
| Petitioner, | ) Case No. C10-378-JLR<br>) |
| v. | ) **ORDER OF DISMISSAL**<br>) |
| ERIC H. HOLDER, JR., United States Attorney General, et al., | )<br>)<br>) |
| Respondents. | ) |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondents' Motion to Dismiss, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and Petitioner's Objections (Dkt 19), and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Petitioner's habeas petition (Dkt. No. 1) is DENIED, Respondents' motion to dismiss (Dkt. No. 12) is GRANTED, and this action is DISMISSED with prejudice; and

3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 12th day of July, 2010.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL- 1

10-CV-00378-BCST